

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

PD-0462-07

DAVID MORALES, Appellant

v.

THE STATE OF TEXAS

ON  DISCRETIONARY REVIEW OF
CASE 08-05-00201-CR OF THE EIGHTH COURT OF APPEALS
EL PASO COUNTY

*WOMACK, J., filed a concurring opinion.*

I do not agree that the case involves the Sixth-Amendment doctrine of implied bias (see *supra*, at 10–15). I think the juror was subject to a challenge for cause because she was, in the language of Code of Criminal Procedure article 35.16(c)(1), "related in the third degree of consanguinity … to any prosecutor in the case." She was related in the zero degree of consanguinity to a prosecutor in the case — she *was* a prosecutor in the case, as was every other prosecutor in the District Attorney's office.

I concur in the judgment of the Court to remand the cause to the Court of Appeals, but I would have that court decide whether it was ineffective assistance for the appellant's attorney to fail to challenge the prosecutor.


En banc
Delivered May 14, 2008
Publish